# EXHIBIT A

**THE CENTER FOR JUSTICE & ACCOUNTABILITY**
Bringing Human Rights Abusers To Justice.

**doughty street chambers**

SCOTT A. GILMORE
Staff Attorney
One Hallidie Plaza, Suite 406
San Francisco, CA, USA 94102
+1 202 758 2362
sgilmore@cja.org

AMAL CLOONEY
Barrister and Attorney
53-54 Doughty Street
London WC1N 2LS
+44 020 7474 1313
lal@doughtystreet.co.uk

February 7, 2016

*Via email*

Dennis M. Fitzpatrick
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Ave
Alexandria, VA 22314

Re:    Representation of Yazidi victims under Crime Victims' Rights Act in
       *US v. Bahar a.k.a. Umm Sayyaf*

Dear Mr. Fitzpatrick:

We refer to the letter dated today by Scott Gilmore as legal counsel for the parents of Kayla Jean Mueller, and would kindly request you to consider these communications jointly.

We represent Yazidi victims of physical, psychological, and sexual violence and enslavement: Jane Doe and Mary Roe.[1] Our clients have retained us to represent their interests under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, in the matter of *United States v. Nisreen Assad Ibrahim Bahar, a.k.a. Umm Sayyaf*, No. 1:16-mj-00063-MSN (E.D.Va.).

Jane Doe and Mary Roe are young Yazidi women who were enslaved, subjected to sexual violence, and otherwise abused by members of the so-called Islamic State in Iraq and the Levant ("ISIL"). Both victims were held captive at the residences of Abu Sayyaf al-Iraqi[2] and his wife, Umm Sayyaf, in 2014 and 2015.

At their residences in Syria, Abu and Umm Sayyaf maintained custody over a group of *"sabaya"*— women and girls enslaved as spoils of war pursuant to ISIL's extremist ideology. The women enslaved by Abu and Umm Sayyaf included Jane Doe, Mary Roe and at least 5 other girls from the Yazidi religious minority who had been seized during ISIL's armed campaign in Iraq, as well as

---

[1] Out of security concerns, our clients are proceeding under pseudonyms. We can disclose their true names to you through secure, non-public means.

[2] According to the Affidavit in Support of Criminal Complaint and Arrest Warrant in *US v. Bahar*, Abu Sayyaf "maintained a senior leadership position within ISIL, reporting directly to Abu Bakr al-Baghdadi" and "served as ISIL's minister for oil and gas and, prior to that role, was responsible for ISIL's media program" (Affidavit, para. 9). Abu Sayyaf was appointed President of the Department of Antiquities for the Levant Region in the ISIL Ministry of Natural Resources ("Diwan al-Rikaz"). *See United States v. One Gold Ring with Carved Gemstone Attachment, et al.*, No. 1:16-CV-02442, Attachment E-2 (D.D.C. Dec. 15, 2016).

one U.S. citizen, Kayla Jean Mueller, who had been taken hostage in Syria. The Sayyafs' captives formed a select group of *sabaya* forced into sexual slavery for the benefit of senior ISIL leaders.

***Jane Doe.*** An Iraqi national and member of the Yazidi faith, Jane Doe was 13 years old when ISIL forces abducted her during an attack in the Sinjar region of Iraq on August 3, 2014. Separated from her parents, who have now disappeared, Jane Doe was transferred to a series of detention centers in Iraq. There, thousands of Yazidi women and girls were registered as slaves by ISIL. They were sold through private sales or public auction, or retained as property of ISIL. Eventually, in or around September 2014, after a period in the direct custody of ISIL leader Abu Bakr al-Baghdadi, Jane Doe was transferred, along with Kayla Mueller and several other Yazidi girls, to the Sayyaf residence in Syria.

Jane Doe is identified in the Affidavit in Support of Criminal Complaint and Arrest Warrant in *US v. Bahar* (the "Affidavit") as "Individual 2" or "Individual 3."[3] As the Affidavit makes clear, Jane Doe was forcibly confined by Abu and Umm Sayyaf as a slave. With Umm Sayyaf's knowing and willful assistance, Jane Doe was subjected to sexual violence by Abu Sayyaf. Jane Doe was also forced to perform domestic labor and subjected to degrading treatment. Umm Sayyaf also beat Jane Doe and instigated Abu Sayyaf to beat her. Umm Sayyaf was also directly involved in other crimes committed against Jane Doe during Jane Doe's time in captivity, the details of which will be provided at a later date. On or about October 8, 2014, Jane Doe escaped from the Sayyaf residence together with another Yazidi girl.

***Mary Roe.*** An Iraqi national and member of the Yazidi faith, Mary Roe was 17 years old when ISIL abducted her during the attack on Sinjar on August 3, 2014. She was transferred to a series of detention centers in Iraq for Yazidi women enslaved as *sabaya*. Mary Roe was eventually acquired as a slave by a man using the alias Haji Hamad, who she understood to be the head of the Islamic State Ministry of Natural Resources (*Diwan al-Rikaz*).[4] Haji Hamad held Mary Roe captive at his home in Mosul, Iraq, where he repeatedly subjected her to sexual violence. On or about May 12, 2015, Haji Hamad transported Mary Roe to the home of Abu Sayyaf and Umm Sayyaf in Syria. Haji Hamad gave Mary Roe to Abu and Umm Sayyaf in exchange for another Yazidi girl held as a slave at the Sayyaf residence. Mary Roe was thus a victim of slave trading, in which Umm Sayyaf was a willing participant.

In the days that followed, Umm Sayyaf forced Mary Roe to perform domestic labor and verbally denigrated her as a "*kafir*" (infidel) and sub-human. Umm Sayyaf also instigated her husband and other ISIL members to beat Mary Roe. Abu Sayyaf and Umm Sayyaf were also directly involved in other crimes committed against Mary Roe during Jane Doe's time in activity, the details of which will be provided at a later date.

As the Affidavit states, Mary Roe was liberated by the United States military in a raid on the Sayyaf residence on or about May 15, 2015.[5]

---

[3] Affidavit, paras 8–12.

[4] The Kurdish authorities have confirmed that a man known by the nom de guerre 'Haji Hamad' was "responsible for ISIL's natural resources in Iraq and Syria". *See* Kurdistan Region Security Council, Office of the Chancellor, Press release dated August 11, 2016.

[5] Affidavit, para. 13.

From these and other facts to be proven at trial it is apparent that Jane Doe and Mary Roe are "crime victims" within the meaning of the Crime Victims' Rights Act, 18 U.S.C. § 3771(e)(2)(A). Both were directly and proximately harmed by one or more federal offenses committed by the defendant, Umm Sayyaf. Their injuries were inflicted in the course of the charged conspiracy to provide material support to a foreign terrorist organization in violation of 18 U.S.C. § 2339B.

Jane Doe and Mary Roe seek to participate in this case, through counsel, as provided by the CVRA. Please note that Jane Doe is a minor whose parents have disappeared. She is represented by her adult sister and surviving next-of-kin, Jane Doe II, who is entitled to "assume the crime victim's rights" under section 3771(e)(2)(B).

We would welcome the opportunity to confer with you to discuss the status of this case. In particular, we wish to ensure that Jane Doe and Mary Roe are recognized as crime victims under the CVRA and accorded all rights available to them.

By way of background, we would like to note that Amal Clooney is a barrister admitted to the Bar of England & Wales and an attorney admitted to practice in the state of New York. She is currently legal counsel to a number of individual ISIL survivors and to Yazda, a non-profit organization established to represent the Yazidi community in the aftermath of the genocide that began in August 2014 in Iraq. As victims' counsel, she works to secure accountability for the crimes committed by ISIL against the Yazidi population before both international and domestic courts.

Scott Gilmore is Staff Attorney at The Center for Justice & Accountability, a public interest law firm dedicated to representing victims of atrocity crimes and bringing perpetrators to justice. The Center for Justice & Accountability has investigated war crimes committed by various parties to the conflict in Syria and applauds the U.S. government's efforts to hold ISIL members accountable.

Please advise us if you are able to meet in person or by telephone within the next two weeks to discuss this matter. We stand ready to assist and look forward to ensuring the successful participation of the victims.

Sincerely yours,

Amal Clooney
Counsel for victims

Scott A. Gilmore
Counsel for victims