# EXHIBIT E



**Daniel McLaughlin <dmclaughlin@cja.org>**

# Follow up from March 19, 2019 meeting (U.S. v. Bahar, No. 1:16-mj-00063-MSN)

**Fitzpatrick, Dennis (USAVAE) <Dennis.Fitzpatrick@usdoj.gov>**            Sun, Jun 9, 2019 at 4:17 PM
To: Daniel McLaughlin <dmclaughlin@cja.org>
Cc: "Toscas, George (NSD) (JMD)" <George.Toscas2@usdoj.gov>

Good Afternoon Daniel,  Thank you for flagging the Guardian articles.  DOJ is still trying to track down the answers to the Mueller's questions.  We don't have anything to report now, but as soon as we have answers we'll communicate them to you.  Regards, Dennis.

**From:** Daniel McLaughlin <dmclaughlin@cja.org>
**Sent:** Friday, May 31, 2019 6:36 PM
**To:** Fitzpatrick, Dennis (USAVAE) <DFitzpatrick@usa.doj.gov>
**Subject:** Re: Follow up from March 19, 2019 meeting (U.S. v. Bahar, No. 1:16-mj-00063-MSN)

Dear Dennis,

As you may know, the Guardian published a series of articles today (see here and here) based on in person interviews conducted with Umm Sayyaf. The interviews highlight some of the concerns we expressed during our meeting, including Umm Sayyaf's portrayal of herself as "an innocent party" in Kayla and the Yazidi's abuses. The details of Umm Sayyaf's sentence also differ from those provided to us, raising questions once again as to the accuracy of that information.

If you could please respond and provide an update on the efforts undertaken following our meeting and the assurances provided to the Muellers as to next steps (see summary below).

Thank you, Dennis.

Best,

Daniel

On Mon, May 20, 2019 at 11:51 AM Daniel McLaughlin <dmclaughlin@cja.org> wrote:

Dear Dennis,

Following up on the below. If you could please provide an update for the Muellers. Thank you.

Best,

Daniel

On Mon, May 6, 2019 at 3:03 PM Daniel McLaughlin <dmclaughlin@cja.org> wrote:

Dear Dennis,

I hope you have been well. If you could please let me know what progress, if any, has been made with regard to the next steps agreed to in our March 19th meeting. The Muellers remain eager to learn about any new developments. Thank you, Dennis.

Best,

Daniel

On Wed, Mar 27, 2019 at 9:38 AM Daniel McLaughlin <dmclaughlin@cja.org> wrote:

Dear Dennis,

I am writing as a follow up to our meeting on March 19, 2019 with you and George Toscas to discuss our clients' rights pursuant to the CVRA. I wanted to pass along a brief written summary of next steps agreed to so as to confirm that we are all on the same page. Please let me know if you have any edits to the below:

You stated that you would consult with your USG colleagues to determine whether they currently had access to information regarding the Kurdistan Regional Government judicial proceedings against Umm Sayyaf. If they do not, you agreed to request this information from the authorities of the Kurdistan Regional Government through the relevant channels. In particular, our clients are interested in information relating to the charge and evidence presented during the trial and appellate proceedings, the judgments at both instances, as well as details regarding Umm Sayyaf's sentence and the possibility of her parole, early release or potential inclusion in a prisoner swap. You agreed in principle to provide our clients with any such information obtained, pending any applicable restrictions on the sharing of this information.

You stated that you would inquire with your colleagues at the FBI regarding any information relevant to Kayla Mueller or the Yazidis held with her that was obtained from interviews with Umm Sayyaf or individuals detained by Umm Sayyaf. You agreed in principle to provide our clients with any such information obtained, pending any applicable restrictions on the sharing of this information.

Finally, you stated that you would reach out through the proper channels to the Kurdistan Regional Government to inquire about Umm Sayyaf's current detention conditions, including her ability to give interviews to the press.

Please provide us with an update by May 1, 2019 regarding the status of these requests and the information at your disposal at that time. I also remain available to speak by phone at your convenience.

Thank you, Dennis.

Best,

Daniel


PS - I do not have George Toscas' email. If you could please forward the above to him. Thank you.


--

Daniel McLaughlin

Senior Staff Attorney


Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 406 | San Francisco, CA 94102

Main +1(415) 544-0444 | Direct +1(415) 529-7758 | dmclaughlin@cja.org

Cell: +1(347)989-5138 | Skype: dmclaughlin13 | PGP Key

*Bringing Human Rights Abusers To Justice.*
www.cja.org


--

Daniel McLaughlin

Senior Staff Attorney


Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 406 | San Francisco, CA 94102

Main +1(415) 544-0444 | Direct +1(415) 529-7758 | dmclaughlin@cja.org

Cell: +1(347)989-5138 | Skype: dmclaughlin13 | PGP Key

*Bringing Human Rights Abusers To Justice.*
www.cja.org


--

Daniel McLaughlin

Senior Staff Attorney

Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 406 | San Francisco, CA 94102

Main +1(415) 544-0444 | Direct +1(415) 529-7758 | dmclaughlin@cja.org

Cell: +1(347)989-5138 | Skype: dmclaughlin13 | **PGP Key**

*Bringing Human Rights Abusers To Justice.*
www.cja.org


\-\-

Daniel McLaughlin

Senior Staff Attorney


Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 406 | San Francisco, CA 94102

Main +1(415) 544-0444 | Direct +1(415) 529-7758 | dmclaughlin@cja.org

Cell: +1(347)989-5138 | Skype: dmclaughlin13 | **PGP Key**

*Bringing Human Rights Abusers To Justice.*
www.cja.org