**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-mj-63-MSN |
| | ) |
| **NISREEN ASSAD IBRAHIM BAHAR,** | ) |
| a/k/a "Umm Sayyaf," | ) |
| **Defendant.** | ) |

## <u>DECLARATION OF ANNA BONINI IN SUPPORT OF MOTION TO</u>
## <u>ENFORCE THE MOVANTS' RIGHTS UNDER THE CRIME VICTIMS' RIGHTS ACT</u>

I, ANNA BONINI, hereby certify under penalty of perjury, on this 6th day of February 2021, that:

1.      I am a lawyer specializing in public international law and international human rights law and currently employed by the International Criminal Court. I was admitted as a solicitor in England and Wales in September 2014 (SRA ID: 571379), and I have been a non-practicing solicitor since 2015. From January 2015 to June 2019, I worked as a Legal Assistant and later as Senior Legal Officer at the Office of Amal Clooney. I provide this affidavit in that capacity and not as an employee of the International Criminal Court.

2.      Ms. Clooney is a barrister admitted to the Bar of England and Wales and an attorney admitted to practice in the State of New York. She is legal counsel to a number of individual survivors of the so-called Islamic State of Iraq and the Levant ("ISIL") and to Yazda, a non-profit organization established to represent the Yazidi community in the aftermath of the genocide that began in August 2014 in Iraq and Syria. As victims' counsel, Ms. Clooney works to secure accountability for the crimes committed by ISIL against the Yazidi population before both international and domestic courts. One of the cases in which Ms. Clooney is involved is the present

case against the Defendant, Ms. Nisreen Assad Ibrahim Bahar, also known as Umm Sayyaf. Ms. Clooney represents five Yazidi survivors who were victims of the Defendant's crimes. On behalf of her clients, Ms. Clooney works to ensure that the Defendant is held accountable for the crimes which she committed against Ms. Clooney's clients and other Yazidis in a court that respects due process of law.

3.      On October 25, 2016, I attended a preliminary interview with Mary Roe which took place by video-conference call. Mary Roe joined the call from Germany, assisted by two social workers, while other participants joined from various locations outside of Germany. Ms. Clooney and Mr. Scott Gilmore, former Staff Attorney at the Center for Justice and Accountability, led the interview, while I took notes and occasionally asked clarifying questions. Ms. Vera Hasan, Case Manager at Yazda, also joined the call, acting as interpreter.

4.      On December 4, 2016, Mr. Gilmore traveled to Germany to interview Mary Roe in person. Also present at the interview were Ms. Hes Sedik, Ministry of State of Baden-Württemberg, who acted as interpreter, and two social workers. I joined the meeting via video-conference call to take notes and ask follow-up questions as needed.

5.      In March 2018, I traveled to Germany to interview several Yazidi survivors represented by Ms. Clooney in the context of various ongoing matters, including the present case against the Defendant. During this trip, on March 11, 2018, I conducted a follow-up interview with Mary Roe. Also present during the interview were Ms. Vera Padberg, Legal Consultant at Ms. Clooney's Office, who acted as note-taker; Ms. Amira Alyas, of Yazda, who acted as interpreter; and a social worker. Ms. Alexandra Insinga, former legal fellow at the Center for Justice and Accountability, joined via video-conference call. Both Ms. Insinga and Ms. Padberg occasionally asked clarifying questions.

6.      In August 2018, I traveled to Duhok in the Kurdistan region of Iraq. During this trip, I interviewed three other survivors in relation to the Defendant's case. On the morning of August 28, 2018, I interviewed Mary Roe II. Also present at this interview were Ms. Padberg and Ms. Ronak Elias, of Yazda, who acted as interpreter. That afternoon, I interviewed Mary Roe III, accompanied again by Ms. Padberg and Ms. Elias. Mary Roe III's cousin was also present at the start and end of the interview. He and Mary Roe III indicated that he acted as Mary Roe III's legal guardian, since she was then still a minor and her closer family members were missing. The cousin was not present during the substantive part of Mary Roe III's interview. On the morning of August 29, 2018, I interviewed Mary Roe IV, accompanied by Ms. Padberg and Ms. Elias. During these interviews, Ms. Padberg took notes and asked clarifying questions as needed.

7.      I provide the below information upon information and belief, based on my interviews with Mary Roe, Mary Roe II, Mary Roe III, and Mary Roe IV.

**A.      Mary Roe**

8.      Mary Roe is an Iraqi national and a member of the Yazidi faith. She was seventeen years old when she was abducted by ISIL fighters on or around August 3, 2014.

9.      For the following 9 months, she was enslaved, subjected to physical and sexual violence, and trafficked through ISIL detention centers in Iraq. At one point during her captivity, while held by ISIL in Mosul, Mary Roe lost hope that she would see free life again and attempted suicide with her cousin. In another effort to escape sexual slavery, she told ISIL militants that she was married and that her husband had converted to Islam. After a number of months, ISIL "gifted" her as a sex slave to someone she knew as 'Haji Hamad'. Mary Roe understood Haji Hamad to be an *emir* (senior figure) who was responsible for selling oil and expensive objects for ISIL. He is

3

believed to have served as the equivalent of ISIL's finance minister. Mary Roe was enslaved by Haji Hamad for many months, during which time she was raped on countless occasions.

10.    Eventually, in or about early May 2015, Haji Hamad took Mary Roe to the residence of the Defendant and the Defendant's husband, Abu Sayyaf al-Iraqi, in Deir Ez-Zor, Syria. There, Mary Roe was traded for another Yazidi slave, Mary Roe V, and left in captivity with the Sayyafs. This was Mary Roe's first encounter with the Defendant, who would denigrate her as a devil-worshipper, a sub-human, an animal, and a slave. The Defendant told Mary Roe that she would make her life a living hell and make her wish that she were dead.

11.    Among the services that the Defendant provided to ISIL was maintaining custody over the captives in her home and facilitating their "sale" to ISIL members who would sexually abuse and torture them. The Defendant told Mary Roe that many Yazidi girls had been held in the house before her. The Defendant also told Mary Roe that her husband had attempted to rape Mary Roe V several times.

12.    At the Sayyaf residence, Mary Roe was usually kept handcuffed or with her hands bound in a locked room that was very small and dark. She saw grenades and guns stored around the house.

13.    The Defendant forced Mary Roe to perform domestic labor and would direct her husband to beat Mary Roe, telling him that she wanted to kill Mary Roe. On one occasion, the Defendant instigated the beating of Mary Roe by dishonestly stating to her husband that Mary Roe had not done the housework. On another occasion, the Defendant took a loaded gun, put it in Mary Roe's hand, and then yelled for her husband. When Abu Sayyaf came in, she dishonestly told him that Mary Roe had tried to kill her with the gun. Abu Sayyaf then beat and kicked Mary Roe.

14.    The Defendant and her husband degraded, enslaved, and beat Mary Roe until on or about May 15, 2015, when U.S. Armed Forces raided the house and liberated her. Mary Roe suffered severe physical and emotional harm as a result of the Defendant's conduct. She was never informed of any trial of the Defendant or questioned in relation to her prosecution in Iraq.

**B.    Mary Roes II And III**

15.    Mary Roes II and III are Iraqi nationals and members of the Yazidi faith. They are cousins and were abducted by ISIL militants on or about August 15, 2014 from their village, Kocho, in the Sinjar region of Iraq. At the time of their abduction, Mary Roe II was 15 years old and Mary Roe III was 13 years old. They were transferred to a series of detention centers in Iraq where Yazidi women were held as *sabaya* (slaves).

16.    Eventually, in or about November 2014, Mary Roes II and III were transferred to the custody of the Defendant and her husband, together with Mary Roe II's younger sister and Mary Roe III's older sister. Mary Roes II and III and their sisters were initially held in one of the Sayyaf residences in Syria. Mary Roe V was also being held at that location when they arrived.

17.    Mary Roes II and III were forcibly confined by the Defendant and her husband and held as slaves in at least four of their residences in Shadadi, Syria. They were usually locked in a room and were forced to perform domestic labor. The Defendant subjected Mary Roes II and III to emotional abuse and physical neglect. Mary Roe II recalls her cousin, Mary Roe III's sister, being beaten with a stick by the Defendant's husband in front of the other Yazidi captives on at least one occasion.

18.    Mary Roes II and III were not given sufficient food. They also had to witness fellow Yazidi captives being beaten by Abu Sayyaf at the instigation of the Defendant. The Defendant

would insult Mary Roes II and III, as well as the other Yazidis detained at her residence, calling them *kafirs* (non-believers).

19.     When Mary Roe III asked the Defendant why ISIL treated the Yazidis in this way, the Defendant said that ISIL was right to do these things to the Yazidis because the Yazidis were infidels and therefore deserved it.

20.     After about one month in the custody of the Defendant and her husband, Mary Roes II and III and their sisters were sold by the Defendant to another ISIL member, known as Abu Sayyaf Al-Maghrebi. Mary Roe V remained in the custody of the Defendant and her husband at this time.

21.     Mary Roes II and III recall the Defendant forcing Mary Roe V to perform domestic labor and subjecting her to degrading treatment. The Defendant and her husband used to beat Mary Roe V, telling her that she had to teach the other Yazidis the Quran and how to pray, and that if Mary Roe V did not obey they would kill her. Mary Roe III recalls that she heard the Defendant slap Mary Roe V with her bare hands. The Defendant also threatened to "marry" Mary Roe III's sister to an ISIL fighter against her will if she did not learn the Quran.

22.     The Defendant's husband, Abu Sayyaf, would also beat Mary Roe V at the Defendant's prompting. At one point, Mary Roe V had been beaten so badly that she told Mary Roe II that she wished to commit suicide. With the Defendant's knowledge, Mary Roe V was also subjected to sexual violence by Abu Sayyaf. Mary Roe III would hear her screams from another room and see her crying when she was returned. Mary Roe V told her that she had been given a contraceptive.

23.     As a result of their mistreatment at the hands of the Defendant, Mary Roes II and III suffered severe physical and emotional harm. Mary Roes III and IV do not recall being informed of any trial of the Defendant or questioned in relation to her prosecution by officials in Iraq.

**C.     Mary Roes IV and V**

24.     Mary Roe IV is an Iraqi national and member of the Yazidi faith. Mary Roe IV was 38 years old when ISIL militants abducted her and some of her children during an attack in the Sinjar region of Iraq on August 4, 2014. Mary Roe IV had five children, the oldest being Mary Roe V, who was 15 years old when she was abducted alongside her mother. After initially being held captive with her mother for approximately 10 days, Mary Roe V was ultimately separated from her and taken to Syria by ISIL militants. Mary Roe IV has not seen or spoken to her daughter Mary Roe V since their separation in the summer of 2014.

25.     While Mary Roe IV does not know Mary Roe V's fate, she and her family received information that, as of the summer of 2018, Mary Roe V was alive and still held captive by ISIL militants in one of the few Syrian enclaves over which they retained control.

26.     Mary Roe IV has suffered severe emotional harm as a result of the abduction and enslavement of her daughter, who was, as Mary Roe, Mary Roe II, and Mary Roe III recount, subjected to physical, psychological, and sexual violence at the hands of the Defendant. Mary Roe IV does not recall being informed of any trial of the Defendant or questioned in relation to her prosecution by officials in Iraq.

Executed in The Hague, The Netherlands on 6th February, 2021.

ANNA BONINI

7