IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-mj-63-MSN |
| | ) | |
| **NISREEN ASSAD IBRAHIM BAHAR,** | ) | |
| a/k/a "Umm Sayyaf," | ) | |
| **Defendant.** | ) | |

## DECLARATION OF NATIA NAVROUZOV IN SUPPORT OF MOTION TO ENFORCE THE MOVANTS' RIGHTS UNDER THE CRIME VICTIMS' RIGHTS ACT

I, NATIA NAVROUZOV, hereby certify under penalty of perjury, on this 16th day of April 2021, that:

1.    I am a lawyer admitted to the French Bar. I am currently working as a Project Manager at Yazda in Duhok, Iraq. Yazda is a U.S. registered charity made up of roughly 130 staff members and over 300 volunteers around the globe. It was established in 2014 by Yazidi Americans and Iraqis, originally from Sinjar, following the campaign of genocide, ethnic cleansing and sexual enslavement that was conducted by the so-called Islamic State of Iraq and the Levant ("ISIL"). Yazda was formed to respond to the various needs of the displaced and traumatized Yazidi community, as well as the needs of other ethnic and religious minorities in Iraq. One of Yazda's projects is the documentation project, which aims to gather information on the crimes committed by ISIL against the Yazidis in Iraq. I have been heading this project since September 2018.

1

2.      Relevant information gathered under the documentation project is shared with the Office of Amal Clooney.  Ms. Clooney is a barrister admitted to the Bar of England and Wales and an attorney admitted to practice in the State of New York.  She is legal counsel to a number of individual ISIL survivors and to Yazda.  As victims' counsel, Ms. Clooney works to secure accountability for the crimes committed by ISIL against the Yazidi population before both international and domestic courts.  One of the cases in which Ms. Clooney is involved is the present case against the Defendant, Ms. Nisreen Assad Ibrahim Bahar, also known as Umm Sayyaf.  Ms. Clooney represents five Yazidi survivors who were victims of the Defendant's crimes.  On behalf of her clients, Ms. Clooney works to ensure that the Defendant is held accountable for the crimes which she committed against Ms. Clooney's clients and other Yazidis in a court that respects due process of law.

3.      On July 16 and 17, 2019, I interviewed Mary Roe VI in our documentation office in Duhok, Iraq.  Also present during this interview were Ms. Beini Ye, Legal Consultant at Justice Rapid Response, who acted as note-taker, and Ms. Vian Khalaf Darwish, who acted as interpreter.  Ms. Ye occasionally asked clarifying questions while I conducted the interview.  A summary of the information provided by Mary Roe VI in this interview is provided below.  In addition, on January 20, 2021, I participated in interviews with Nasima Avdo Saleh (Inas Alias Hussein's mother) and Mary Roe III; on January 21, 2021, I interviewed Mary Roe VI and on January 24, 2021, Mary Roe and Mary Roe II.

4.      Mary Roe VI is an Iraqi national and member of the Yazidi faith.  She was 16 years old when ISIL militants abducted her and members of her family on August 3, 2014 from their village, Tel Azer, in the Sinjar region of Iraq.  Mary Roe VI was transferred through a series of detention centers in Iraq for Yazidi women who were held as *sabaya* (slaves).

5.      At one detention center, Mary Roe VI saw members of ISIL beat Yazidi girls with sticks. She also witnessed doctors performing tests on them to determine whether they were virgins. At various instances, Mary Roe VI saw Yazidi girls being paraded under a light and inspected from every angle. Men would ask their ages, point to the girls they wished to "own," and then "buy" them. One day in the fall of 2014, while Mary Roe VI was detained at a house in Syria guarded by two ISIL fighters, the Defendant came to the house, along with other senior ISIL fighters, and "inspected" Mary Roe VI, including her hair and her teeth. Mary Roe VI was subsequently selected by the Defendant's husband, Abu Sayyaf, along with Inas Alias Hussein and other victims. After holding them in a neighborhood in Raqqa with other captured victims, Abu Sayyaf took Mary Roe VI, Inas, and two other victims to a house in Al-Shaddadi, Syria, where he and the Defendant were living at the time.

6.      Mary Roe VI was enslaved at the residence of the Defendant and her husband for approximately 8 months. During this time, she was forcibly confined alongside U.S. citizen Kayla Mueller and other Yazidi captives, including Inas. Mary Roe VI and the other captives were first held in a separate apartment than that of the Defendant and her husband. After relocating to a different premises, all of the captives were held in one room in the same house as the Defendant and her husband.

7.      For most of the time, Mary Roe VI and the other captives had their hands bound together unless there was a need for them to perform services for the Sayyafs or they were forced to pray. Some of the captives also had their legs bound together. The Defendant maintained custody over the keys to the room in which Mary Roe VI and the other captives were locked. The Defendant did not give Inas and Mary Roe VI sufficient food or water, and she sometimes reduced the amount that was made available to them as a form of punishment.

8.    When Abu Sayyaf was away from the house, the Defendant would personally guard Mary Roe VI and others, sometimes taking photographs of what the captives were doing and sending the photographs to Abu Sayyaf. The Defendant and Abu Sayyaf forced Mary Roe VI to perform domestic labor and subjected her to degrading treatment. One day after Inas and Mary Roe VI attempted escape, Abu Sayyaf ordered them to keep their arms and legs raised for the entire day as punishment. The Defendant monitored them to ensure that they were complying.

9.    Mary Roe VI witnessed the Defendant's central role in the system of sexual slavery that was facilitated in the Sayyaf residence. The Defendant threatened Mary Roe VI that she would be raped by many persons while staying at the Sayyafs' house and also threatened to give Mary Roe VI and the other captives away to certain ISIL fighters. The Defendant would inform Mary Roe VI of which ISIL members had selected which Yazidi girls to abuse. The Defendant would allow the captives to be raped in the house and even actively participated in the sexual abuse by "preparing" and leading the girls to their rapists and guarding the door while the abuse took place.

10.    One day the Defendant told Mary Roe VI that four men had selected her and that they would draw lots for her in a "lottery." Mary Roe VI was later told by the Defendant that a man named "Haji," also known as "Abu Duaa," or "sheikh," had purchased her for 3.5 million Iraqi dinars (equivalent to approximately $2,900).

11.    The following day, the Defendant brought a dress to Mary Roe VI and instructed her to wear it. The Defendant then introduced her to Haji who was lying down in a room along with Abu Sayyaf. Haji lifted up Mary Roe VI's dress and then complained that she had not removed all of her body hair. The Defendant then returned to the room and led

4

Mary Roe VI to take a shower and remove her hair. After the shower, the Defendant inspected the hair-removal, put perfume on Mary Roe VI, and provided a new dress. She then instructed Mary Roe VI to go to a particular room and wait on the bed, and threatened to call Abu Sayyaf if she did not do so. Haji then entered the room and raped Mary Roe VI. He congratulated her, afterwards, on having been a virgin. When Mary Roe VI opened the door of the room in which she had been raped, the Defendant was waiting outside. While Mary Roe VI was screaming in anguish, the Defendant called her husband on the radio and reported that "it happened."

12.    Later that day, the Defendant again "prepared" Mary Roe VI to be raped by Haji. She forcibly put lingerie on her, straightened her hair and applied makeup, including red lipstick, to her face. The Defendant also put perfume and body powder on Mary Roe VI and led her to the room where the rape would take place. After raping Mary Roe VI twice more, Haji said "go," following which the Defendant opened the door and ordered Mary Roe VI to take a shower.

13.    Haji raped Mary Roe VI on at least one more occasion. After one of the rapes, Haji asked Mary Roe VI whether she had had her period, and Mary Roe VI told him she had not. Soon after Haji had inquired about Mary Roe VI's period, the Defendant forced Mary Roe VI to take medication against her will. Mary Roe VI did not know what the medication was but felt powerless to refuse the Defendant.

14.    Mary Roe VI also witnessed Inas being subjected to sexual violence at the hands of Abu Sayyaf, with the Defendant's knowledge and assistance. Mary Roe VI would hear Inas screaming from another room in the house and would see her injuries when she tried to help her wash. Inas also told Mary Roe VI that she was raped and sodomized by the

5

Defendant's husband. On at least one occasion, Inas emerged unable to walk, and at one point she was unable to speak or bend her legs for over one month.

15. On at least one occasion, Mary Roe VI witnessed the Defendant prepare Inas to be raped by Abu Sayyaf. The Defendant forced Inas to take a shower and then ordered her to put on lingerie and perfume. On at least one other occasion, Mary Roe VI witnessed the Defendant prepare another Yazidi captive in this manner, by putting make up on her and leading her to her rapist.

16. The Defendant also played a central role in the religious indoctrination that formed a central part of ISIL's ideology. Mary Roe VI and her fellow captives were forced to pray, to recite verses from the Quran, and to cover themselves. If they made a mistake in their religious studies and practice, the Defendant would report this to Abu Sayyaf, thereby instigating a beating. When her husband beat the Yazidi captives, the Defendant would watch. On at least one occasion, the beating was severe enough to cause the hands of Inas and another captive to bleed.

17. The Defendant denigrated Mary Roe VI and the other Yazidi captives, calling them infidels. The Defendant said that ISIL was following the Quran, which she said clearly directed ISIL to buy and sell girls like Mary Roe VI and to give them as gifts. The Defendant also said that the Quran directed ISIL to kill Yazidi males and older Yazidi women. She also warned them that ISIL governed the state that they were in, and that if they tried to escape, they would be captured by ISIL and brought back to the house.

18. When the Yazidi girls were grieving the loss of their mothers and families, the Defendant laughed at them; she told Mary Roe VI that she should forget her family because they had been killed. On one occasion, when Mary Roe VI told the Defendant that the way

6

ISIL had treated the Yazidis was wrong, the Defendant replied that nothing was better for them than being with another man each day.

19.    During a period when there were particularly heavy airstrikes in the vicinity of the Sayyaf residence during the night, the Defendant told Mary Roe VI that she and Abu Sayyaf had been hiding at a gas factory every night because they believed it would not be bombed. The Sayyafs did not take Mary Roe VI to the factory with them and implied it would not be a problem if the Yazidi captives were killed. The Defendant said that because Mary Roe VI and the other girls were Yazidis, they deserved all that was happening to them.

20.    During her captivity at the Sayyaf residence, Mary Roe VI was sometimes held in the same room as Kayla Mueller and the two other Yazidi girls who initially came with her. She was also held at times with Inas. On at least one occasion, Mary Roe VI heard the Defendant "prepare" Ms. Mueller by telling her to take a shower before she was raped by Haji, who had previously raped Mary Roe VI. After one rape, Haji told the Defendant that he would take Ms. Mueller away, so the Defendant packed Ms. Mueller's belongings. Mary Roe VI was then left with Inas until more Yazidi girls were brought to the house, one of whom looked to be around eight years old. Mary Roe VI was also held for some time with Mary Roe II and Mary Roe III, as well as two of their relatives who were brought to the Sayyaf residence. The women were kept in captivity together until Mary Roe II, Mary Roe III, and their two relatives were sold by Abu Sayyaf to another ISIL militant called Abu Sayyaf Al-Maghrebi. Eventually, Mary Roe VI was sold or given by the Defendant and Abu Sayyaf to an ISIL militant called Abu Tamim.

21.    Mary Roe VI was never informed of any trial of the Defendant or questioned by prosecutors in Iraq.

7

22.    From my interview with Ms. Saleh, I understand that Ms. Saleh and her family received information that, as of late 2020, Inas was alive and continuing to be held captive by ISIL militants. Ms. Saleh is aware of the violence Inas suffered at the Defendant's residence because of information she received from other Yazidi captives and from another daughter, who saw Inas several times between mid-2015 and 2017 while both were held captive by ISIL militants.

Executed in Duhok, Kurdistan, Iraq on April 16, 2021.

NATIA NAVROUZOV

8