**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-mj-63-1 (TCB) |
| | ) | |
| NISREEN ASSAD IBRAHIM BAHAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Movants Mary Roe, Mary Roe II, Mary Roe III, Mary Roe IV, and Nasima Avdo Saleh's ("Movants") Motion to Enforce Movants' Rights Under the Crime Victims' Rights Act (Dkt. 14) is **DENIED**.

ENTERED this 15th day of October, 2021.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia