**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-mj-63-2 (TCB) |
| | ) | |
| NISREEN ASSAD IBRAHIM BAHAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Movants Mary Roe, Mary Roe II, Mary Roe III, Mary Roe IV, and Nasima Avdo Saleh's ("Movants") Motion to Proceed Under Pseudonym (Dkt. 16). Upon consent of the parties it is hereby

**ORDERED** that the Motion (Dkt. 16) is **GRANTED**.

ENTERED this 15th day of October, 2021.

/s/

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia